# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| **BOAZ PLEASANT-BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:22-cv-00033** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **THE TENNESSEE DEPARTMENT OF** | ) | **MAGISTRATE JUDGE HOLMES** |
| **CORRECTIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Pending before the Court are Plaintiff's objections to the Magistrate Judge's Order. (Doc. No. 24). Plaintiff's request for review is granted. For the reasons stated herein, the order of the Magistrate Judge is affirmed.

Through his filing, Plaintiff seeks review of the Magistrate Judge's Order at Doc. No. 23. Specifically, he contends that he has not been provided the complete service packets and therefore cannot comply with the Court's order. Plaintiff additionally recites the portion of the Magistrate Judge's order that sets Plaintiff's deadline to file a motion to amend his complaint, should he wish to do so. He does not further state what his objection to this portion of the order is or how it is impacted by the provision of the service forms.

The Court will reverse or modify a non-dispositive ruling from the Magistrate Judge only if it is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Having reviewed the Magistrate Judge's order and Plaintiff's objections, the Court finds that the order is neither clearly erroneous nor contrary to law.

The basis of Plaintiff's objection regarding the service forms is his previous litigation experience. In other cases, he has, it seems, been provided with Marshal Service forms, and he has not been provided those forms in this case. He requests that those forms be provided to him. In responding, the Court echoes the explanation provided by the Magistrate Judge in her most recent order. (See Doc. No. 29). Plaintiff belief that he should be provided the Marshal Service forms in this case is incorrect. As the Magistrate Judge explained, Marshal Service forms are only provided when a Plaintiff is proceeding *in forma pauperis*. When, as in this case, Plaintiff has paid the filing fee and is not proceeding *in forma pauperis*, he is responsible for completing service of process himself.

Having reviewed the filings, the Court affirms the holding of the Magistrate Judge. Nevertheless, to assist Plaintiff, the Clerk is **DIRECTED** to send him the Pro Se Prisoner Litigation Information Sheet for Service of Process in Civil Rights Cases.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2